F. S. DONAHUE *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GEORGE F. KUGLER, JR. *ET AL.*, DEFENDANTS-PETITIONERS.

September 26, 1972.

To Appellate Division, Superior Court. A petition for certification having been submitted to this court, and the court having considered the same,

It is hereupon ordered that the petition for certification is granted, the decision of the Appellate Division, 119 *N. J. Super.* 377, is reversed and the matter is to proceed promptly before the designated hearing officer.